NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINA BRUNO, as Personal Representative of the Estate of MYCALAH BRUNO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:07-cv-00112-JWS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　　The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims asserted or that could have been asserted by Plaintiff against the United States in this action should be dismissed with prejudice and with each party to bear its own costs, expenses, and attorney's fees.

Respectfully submitted this 8th day of January, 2009, in Anchorage, Alaska.

POWER and BROWN LLC

Dated: January 8, 2009

s/Michele Power (consent)
Attorney for Plaintiffs


NELSON P. COHEN
United States Attorney

Dated: January 8, 2009

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2009
a copy of the foregoing **STIPULATION TO
DISMISS WITH PREJUDICE,** was served
electronically on:

Michele Power.


s/ Gary M. Guarino

Bruno v. USA
Case No. 3:07-cv-0112-JWS                      2