IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| REGINA BRUNO, as Personal Representative of the Estate of MYCALAH BRUNO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:07-cv-00112-JWS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    The Court having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

    Dated: January 8, 2009        /s/ JOHN W. SEDWICK
                                               U.S. District Judge